# United States District Court
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:25cr109 |
| | ) | |
| DALE BRITT BENDLER | ) | |
| *Defendant* | ) | |

**FILED IN OPEN COURT**
APR 23 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/23/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jesse R. Binnall
*Printed name of defendant's attorney*

_____
*Judge's signature*

ROSSIE D. ALSTON, JR., U.S. DISTRICT JUDGE
*Judge's printed name and title*