IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

APR 23 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1.25cr109 |
| | ) | |
| DALE BRITT BENDLER | ) | |

CONSENT ORDER OF FORFEITURE

WHEREAS, defendant pled guilty to a criminal information charging him with acting as

a foreign agent while being a public official, in violation of 18 U.S.C. § 219, and pursuant to his

plea, agreed to forfeit certain property that constituted the proceeds of his offense or was

traceable to such proceeds, or a substitute for such proceeds, including the property that is the

subject of this order of forfeiture;

WHEREAS, the defendant agrees that he derived proceeds of this offense in an amount

no less than $85,000;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of

Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of

forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement

of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

THAT:

1.    Pursuant to 18 U.S.C. § 981(c), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2),

the $85,000 remitted by the defendant to the United States by check #2446, dated April 18, 2025,

and drawn on defendant's account at Wells Fargo Bank, is forfeited to the United States of

America as the proceeds of the defendant's acting as a foreign agent while being a public

official, in violation of 18 U.S.C. § 219, property traceable to such proceeds, or a substitute for

such proceeds.

2. The United States shall publish notice of this order and of its intent to dispose of the

property one time in such manner as the Attorney General may direct. The United States shall

also, to the extent practicable, provide direct written notice to any persons known to have alleged

an interest in the property.

4. Any person, other than the defendant, asserting any legal interest in the property may,

within 30 days of the final publication of notice or his receipt of notice, whichever is earlier,

petition the court pursuant to 21 U.S.C. § 853(n) for a hearing to adjudicate the validity of his

alleged interest in the property.

5. Following the Court's disposition of all petitions filed, or if no such petitions are filed

within the time prescribed by law, upon proof of publication and proof of notice to any persons known

to have alleged an interest in the property, the United States shall have clear title to the property.

Dated this 23rd day of April 2025.

/s/

Rossie D. Alston, Jr.
United States District Judge

WE ASK FOR THIS:

Gordon D. Kromberg
Assistant United States Attorney

DALE BRITT BENDLER
Defendant

Jesse R. Binnall
Counsel for DALE BRITT BENDLER