To:

The Honorable Rossie D. Alston Jr.
Judge, U.S. District Court for the
Eastern District of Virginia

From:

Dale B. Bendler
951 Brickell Ave Apt 3611
Miami, FL 33131

Docket No. 25-CR-00109 (ED/VI)

Your Honor:

    I, Dale Britt Bendler, respectfully consent that my sentencing hearing scheduled for 16 July 2025 be continued until 24 September 2025.

Respectfully,

*/s/ DB B_____*

Dale B. Bendler          Miami, FL 10 July 2025