UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER<br><br>Defendant. | Case No. 1:25-CR-00109-RDA |

ORDER

Before this Court is Defendant's unopposed motion to continue sentencing hearing. For the reasons set forth in the motion, and because the Court finds good cause, it is hereby

ORDERED that the motion is GRANTED. Defendant's sentencing hearing is continued until September 24, 2025 @ 1pm

It is so ORDERED.

Entered this 9 day of July, 2025.

_____
The Honorable Rossie D. Alston, Jr.
United States District Judge
EDVA