IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER,<br><br>Defendant. | Case No. 1:25-cr-00109-RDA |

### CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER PURSUANT TO SECTION 3 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States, by and through undersigned counsel, with the consent of defendant Dale Britt Bendler by his counsel, hereby moves the Court pursuant to the authority granted under Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"); the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA § 9) (hereinafter the "Security Procedures"); the Federal Rules of Criminal Procedure 16(d) and 57; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information that will be made available to the defense by the United States. In support thereof, the United States provides as follows:

1. Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

2. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

3. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

4. The defendant and his counsel have reviewed the proposed Protective Order and have agreed to its terms.

For these reasons, the United States respectfully requests that the Court enter the proposed Protective Order Pertaining to Classified Information.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____

Adam P. Barry, Cal. Bar No. 294449
Acting Deputy Chief
Heather M. Schmidt
Senior Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tel: (202) 233-0788
Adam.Barry@usdoj.gov

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office

*Attorneys for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I filed the foregoing Motion using the Court's CM/ECF system, which will send notice to all registered parties.

s/ *Adam P. Barry*

Acting Deputy Chief