IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>) | Criminal Action 1:25-cr-109 (RDA) |
| v.  )<br>) | |
| DALE BRITT BENDLER, )<br>) | |

**ORDER**

This matter comes before the Court on Defendant Dale Britt Bendler's Unopposed Motion to Continue Sentencing Hearing. Dkt. 29. This matter is currently scheduled for sentencing on October 15, 2025. Defense counsel reports that issues related to the nature of this case have prevented counsel from being able to be prepared to go forward on October 15, 2025. Defendant therefore moves to continue the sentencing, with the agreement of the government, until November 12, 2025 or thereafter. For good cause shown, the Court will grant the motion to continue. The Court expects, however, to be in trial on November 12, 2025. Accordingly, the Court will reschedule the sentencing for Thursday, November 20, 2025 at 1:30 p.m.

Accordingly, it is hereby ORDERED that the Motion to Continue (Dkt. 29) is GRANTED; and it is

FURTHER ORDERED that the sentencing is CONTINUED from October 15, 2025 to **Thursday, November 20, 2025 at 1:30 p.m.**

IT IS SO ORDERED.

Alexandria, Virginia
October 14, 2025

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge