# Exhibit B
# (filed with CISO)