Your Honor:

Thank you for the opportunity to allow me to make a statement on Dale's behalf.

My name is George Bell, a retired Master Sergeant with 20 years and 2 months of US Army service. I now live with my wife and kids in Fayetteville, NC. The attacks on 9/11 changed everything for the country, and for me. At the time my unit was attached to the 3rd Ranger Battalion out of Fort Benning, Georgia. I was one of over 200 paratroopers to conduct a nighttime combat jump into Kandahar, Afghanistan, Taliban territory, on 19 October 2001, five weeks after the attack on our homeland.

I met Dale years later while instructing at Ft Bragg's JFK Special Warfare Center and School, where he served as a Subject Matter Expert for Special Operations Forces. We became friends during his participation in that role. He also mentored me. While getting to know Dale, I realized he deeply loves this country.

After retiring, I had a new mission figuring out what to do with the rest of my life. I was blessed with the opportunity to attend the Thrive program in Chapel Hill, North Carolina. This was equine-assisted therapy to help me with my PTSD and other injuries I suffered while on active duty. After the program I felt better. I called Dale, and of course he received me warmly. We did some security business together. This was just what I needed. I was helping people again, living in the present and not the past.

Dale hosted a Veteran's Day Celebration Charity Dinner for about 100 people. I was the guest of honor. Dale arranged for my parents to travel so they could attend the dinner. I was honored to share my story with a room full of Americans who loved their country and our military. I was feeling great. But Dale did one more thing for me.

Dale took me to New York City so, for the first time in my life, I could visit the Ground Zero shrine. Dale's son was with us. Standing there on the ground looking at the memorial it was very emotional but gave me closure. Full cycle from combat in Kandahar to where this started. Dale shared with me his experience on that horrible day. He was there at Ground Zero, and he saw firsthand what evil will do to take away our freedoms.

So many veterans hurt themselves because they ask themselves was the combat worth it? Looking at the engraved names of those killed in the World Trade Center, I had my answer: it was worth it. I would do it all over again. No more dark thoughts for me. I was whole. Thanks, Dale. My wife and kids thank you, too.

I guess what I am trying to convey is that Dale Bendler is a true American as he didn't just talk the talk he walked it for over 30 years. Risking his life and most importantly the time lost with his family which he will never get back. He is not only a mentor to me but also a true friend.

Dale Bendler is a Patriot and his love for The United States of America is unmatched.

Your Honor, thank you and may God Bless you.

Mr. George Thomas Bell Jr. (Master Sergeant US Army, Retired)