John M. Feeney                                              Sept. 27, 2025
1081 Oatland Lake Road
Pawleys Island, SC 29585
Phone: 843-314-3420
Email: jandjfeeney@gmail.com

The Honorable Rossie D. Alston, Jr.

I am writing to you in my capacity as a close friend, former colleague, and former supervisor of Dale Bendler to advocate for him. I have known Dale for more than thirty years. It is an honor to vouch for his character, honesty, and integrity. Dale worked for me in Paris as a clandestine case officer. He was one of the most effective officers in the CIA Station. I have developed a deep understanding of his good character over the years. I am not totally aware of the allegations facing Dale but while I respect the court process, I know he deeply regrets any wrong doing which is completely out of character for him. To my knowledge he has always been a competent and patriotic person who pledged an oath to uphold The Constitution and maintain full secrecy in his profession of protecting our country from those who would do it harm.

As an example of his dedication to his country, Dale was in Tower 1 at the World Trade Center on that horrific morning of September 11, 2001 when the first plane hit. While on a secure line with the Director of the Counter Terrorism Center at CIA the second plane hit Tower 2 and they evacuated. His bravery that day will never be forgotten. The next day he helped lead a shocked and demoralized large CIA Station to get back to the mission at hand. This alone has to count for much of your consideration.

In sum, I do not know a more patriotic individual who always put country first.

Sincerely,
John M. Feeney