17 September 2025

To Whom It May Concern:

It has been my pleasure to call Mr. Dale Bendler a colleague and friend for over forty years. We first met in 1983 when we were part of an entry class of CIA officers. We went through operational and paramilitary training together. I had the opportunity on many occasions to observe Mr. Bendler's leadership skills and willingness to take the extra step necessary to help colleagues and classmates.

We remained friends throughout our careers and I was in a position to observe the contributions Mr. Bendler made to our nation's defense—and they were significant. After 9/11, I assumed a senior position in Counterterrorism operations. Because of the scale of responsibilities involved, this position required a Deputy. I asked Mr. Bendler to assume that role because I was confident in his operational and leadership skills, which would be critical in the execution of the complex counterterrorism mission set. Mr. Bendler was tireless and effective in the performance of his duties. Our country owes him a debt for his service in those years.

At the conclusion of our work together in Counterterrorism, I recommended Mr. Bendler for a senior overseas field command. Mr. Bendler performed superbly in that role and was awarded by the Agency for his service in that command position. I attend his award ceremony, where I had the opportunity to meet his parents who were justifiably proud of the recognition Mr. Bendler received.

Following our retirements from government service, I was invited to speak at the ceremony where Mr. Bendler received the Distinguished Career Intelligence Medal. This ceremony was also attended by the then-serving CIA Director.

I am happy to make a positive reference to Mr. Bendler's service to our country and on his character. I know his wife and three children and have had the opportunity through the years to observe the devotion he shows to his family. I trust Mr. Bendler without reservation and would be happy to endorse him in any way I can.

Thank you for your consideration.

Robert M. Dannenberg

Former Chief, Central Eurasia Division, CIA
Former Chief, Counterterrorism Operations, CIA

17 September 2025

Former Chief, Information Operations, CIA
Former Chief Security Officer, Goldman Sachs