Your Honor:

I wanted to start by thanking you for the opportunity to make a statement.

English is not my first language so forgive me if there are any grammatical errors.

I was born in a Marxist Leninist dictatorship in Angola, in Africa. At the time the country was in a bloody civil war as part of the larger Cold War. I was a teenage girl in the capital Luanda. Little did I know at the same time, far away deep in the Angolan bush, a young American CIA paramilitary officer was fighting for my freedom. Not his freedom, my freedom.

Your Honor, you can guess where this story is headed. That CIA officer was Dale, my husband of 30 years, with whom we share three wonderful boys.

I realize today Dale is going to be punished by his own government. Dale has already lost his right to vote. I know my husband, and I know this is deeply painful for him. He spent decades on the ground in dangerous locations helping Salvadorans, Peruvians, and Angolans, among others, for their rights to vote. I am not saying Dale's punishment is unfair; I am saying with someone like Dale, losing his right to vote is deeply painful. I can relate, as I was born in a country where there was no vote.

I love my new country. I love my right to vote and you can bet, Your Honor, I never miss an election.

As part of mission, and at my husband's direction, I met 100 North Koreans, Iranians, Russians, Chinese, and Cubans. They did not like me, and I was OK with that. It felt good to give back to my new country.

I know in this statement I am supposed to praise my husband, and that is easy to do. I do, however, remain a tad resentful over one fact: for years me and the kids were second priority to mission. No debate: mission first.

Of course I love Dale; he has given this little African girl a life she only saw on a beatup black and white TV. I love this country, and I know Dale does too.

Thank you, your Honor, and God Bless you, and God Bless America.

Mrs. Sandra Rosa Bendler