Exhibit A

# René Hernandez Cardenaché
## Curriculum Vitae

1. Date: 1/2/2024

## I PERSONAL

2. Name: **René Hernandez Cardenaché, PSY.D., M.S.Ed.**
3. Home Phone: 305-321-1887
4. Office Phone: 305-355-9121
5. Home Address: Private
6. Current Academic Rank: Assistant Professor of Psychiatry and Clinical Neuropsychology
7. Professional Positions: Director of Clinical Training, Division of Neuropsychology
8. Administrative: Co-Director of APPCN Fellowship Program, Clinical Neuropsychology
9. Primary Department: Department of Psychiatry and Behavioral Sciences
10. Secondary or Joint Appointments: -
11. Citizenship: USA, American.
12. Visa Type (if non-citizen): -

## II HIGHER EDUCATION

13. **Institutional:**

**8/2001-6/2006** — **Doctoral Degree (PSY.D.), Clinical Psychology**
*Pepperdine University* — *Malibu, California*
- APA Accredited Program in Clinical Psychology
- Neuropsychology Tract & Specialty Training
- Recipient of Academic Honors (Cum-Laude)
- Comprehensive Examination Successfully Completed
- Quantitative Dissertation Successfully Defended
- Passed National EPPP on 6/07
- Passed Florida Laws and Rules Exam 7/07
- Licensed Professional Psychologist, PY 7600

**8/1998-8/2001** — **Masters of Science Degree (M.S. ED.), Counseling Psychology**
*University of Miami* — *Coral Gables, Florida*
- APA Accredited Program in Counseling Psychology
- Mental Health Counseling Program-Multicultural Counseling Specialty
- Recipient of Academic Honors (Cum-Laude)
- Honors Distinction Granted in Comprehensive Master's Examination

**8/1992-6/1996** — **Bachelors of Art Degree (B.A)**
*Florida International University* — *Miami, Florida*
- Major: General Psychology
- Minor: Biology

14. **Non-Institutional:**

**2015** — **Grant Writing Seminar, Miller School of Medicine**
- 6 Week Series and seminar focused on learning strategies for obtaining grants
- 2 hours per week with application and home assignments
- Discussed strategies for accessing grants from the N.I.M.H.
- Sponsored by Dr. King

**2008** — **Grant Writing Seminar, Clinical Research Building** — *Miami, Florida*
**University of Miami, Miller Scool Medicine**

**2007** — **5th Annual Symposium on Mild Cognitive Impairment.** — *Miami Beach, Florida*
- Two-Full Day Seminars on MCI and Alzheimer's Dementia

- Conducted to train clinicians on how to employ early detectors of MCI
- Sponsored by Wein Center, Mt. Sinai Medical Center

**2007**      **Eye Movement Desensitization Training, Step 1.**      *Jacksonville, Florida*
- Three-Full Day Workshop offering EMDR Basic Training of Post-Traumatic Stress Disorder
- Workshop offered various face-to-face mechanisms of treatment of PTSD
- Scheduled to complete Step 2 in March of 2008
- Sponsored by the EMDR Institute, Steve Silver, Ph.D.

**2004**      **Alzheimer's Disease Research Conference.**      *Irvine, California*
- One-Full Day Symposium dedicated to the detection and treatment of Alzheimer's Dementia
- Presented by International Scientists dedicated to advancing our understanding, and treatment of AD
- Sponsored by the Institute of Brain Aging and Dementia

**2004-08**      **Neuropathology (Brain Biopsy), JMH/UM, Miller Medical School**      *Miami, Florida*
- Attended ongoing biopsies throughout the Internship and Residency Training
- Attending Neuropathogists facilitated the examinations weekly

**2002**      **The Best Clinical Models and Interventions for Latinos.**      *Los Angeles, California*
- One-Full Day Seminar providing Evidence-Based Interventions when working with Latino populations
- Sponsored by the Latino Behavioral Health Institute
- Ambrose Rodriquez, M.P.A.

**2001**      **Psychopharmacology for Psychologists.**      *Los Angeles, California*
- 3-hour seminar covering Prescription Privileges Clinical and Professional Psychologists
- Sponsored by Pepperdine University
- Morgan T. Sammons, Ph.D., U.S. Army Psychologist

**2000**      **The Psychology of Exile: The Cuban American Experience**      *Miami,, Florida*
- One-Full Day Workshop covering effective treatment approaches in working with Cuban-American populations
- Sponsored by M.R.M. , Psychological Associates

15. **Certification, licensure:**

**2012**      **American Board of Clinical Neuropsychology, Diplomate Licence**
- Step 1, Credentialling Process of ABCN, Eligible as Specialist, Passed in 2010
- Step 2, ABCN Written Examination, Passed in June of 2012, Miami, Florida
- **Licensed Florida Psychologist in 2007**

**Specialized Clinical Neuropsychological Training (**Graduate & Post-Doctoral Levels)

**12/2021**      **Certified Cognitive Behavioral Therapy-Insomnia Clinician**
- Mastered the necessary core competencies for evidence-based CBT for Insomnia treatment and demonstrated a high-leve of proficiency in the CBT-I program developed at Harvard Medical School under mentorship of Gregg D. Jacobs, Ph.D.

**2/2022**      **Certified in Autism Diagnostic Observation Schedule, 2nd Edition**
- Second Edition training in both the Introductor/ Clinical Training Workshop and Toddler Module Training Workshop under the mentorship of Whitney Guthrie, Ph.D.

**6/2006**      **University of Miami, JMH, Diagnostic Treatment Center**
- Observed neurosurgical placement of a Deep Brain Stimulator in the subthalamic region of a severely impaired Parkinson Diseased patient, Dr. Jonathan Jagid, Neurosurgeon, Department of Neurosurgical Trauma

| | |
|---|---|
| **2/2005** | **University of Miami, JMH, Ryder Neurotrauma Surgery** |

- Observed Evacuation of Epidural Hematoma, Neurosurgical Procedure, Dr. Phil Villanueva, Neurosurgeon, Department of Neurosurgical Trauma

**10/2004**      **University of Miami, JMH, Ryder Neurotrauma Surgery**
- Observed Crainioplasty Neurosurgical Procedure, Dr. Phil Villanueva, Neurosurgeon, Department of Neurosurgical Trauma

**8/2004**      **University of Miami, JMH, Diagnostic Treatment Center**
- Observed Crainioplasty Neurosurgical Procedure, Dr. Jonathan Jagid, Neurosurgeon, Department of Neurosurgical Trauma

**03-04**      **UCLA/Neuropsychiatric Institute/David Geffen School of Medicine**
- Attended Weekly Functional Neuroanatomy Courses sponsored by the UCLA Post-Doctoral Residency Program.
- Course integrated neuroanatomy and clinical neuropsychology.
- Course identified cortical and sulcal anatomy on MRI images, Broadman's regions, and structural & functional relationships in the brain using a comparison of lesion analysis and functional imaging data
- <u>Professor:</u> Susan Bookheimer, Ph.D.

**03-04**      **UCLA/Neuropsychiatric Institute/David Geffen School of Medicine**
- Attended Weekly Pediatric Neuropsychology courses sponsored by the UCLA Post-Doctoral Residency Program.
- Course integrated assessment, diagnosis, and treatment planning
- Course covered developmental disorders, pediatric syndromes, and acquired brain injury in children
- Methods of assessment in children with focus on neuropsychological testing was covered in-depth
- <u>Professors:</u> Drs: Humphrey and Schitz

**03-04**      **UCLA/Neuropsychiatric Institute/David Geffen School of Medicine**
- Attended Weekly Pediatric Neuropsychology courses sponsored by the UCLA Post-Doctoral Residency Program.
- Attended Brain Matter Lecture Series
- Clinical topics covered included in neurobehavior of dementia, neurodegenerative disorders, and other topics including consciousness and frontal lobe mechanisms, violence, temporal lobe epilepsy, and schizophrenia
- Lecture series was presented by <u>Drs. Cummings and Mendez</u>, as well other internationally renowned scholars visiting UCLA.

**3/2003**      **UCI Medical Center/Neuropsychiatric Institute/School of Medicine**
- Assisted with functional cortical mapping procedure in a stereotactically-guided craniotomy for a patient undergoing a left-frontal temporal brain tumor resection
- Testing involved the administration of a modified Boston Naming Test, and simple verbal responses to verbal commands, along with generating a summary of the Cortical Stimulation Mapping
- <u>Supervisor:</u> Linda Nelson, Ph.D.

**8/2003**      **Pepperdine University/School of Education and Psychology**
- Completed course in Doctoral Level Clinical Neuropsychology
- Course covered the study of the central nervous system determinants of human behavior, and the organic basis of pathology
- Specific neuropsychological instruments were studied, researched, and their applications were discussed
- <u>Professor:</u> Dr. Alvarada

**III EXPERIENCE**

16. **Academic (Research Experience):**

17. Che, L. Sang, L. **Hernandez-Cardenache, R,** Loewenstein, D., Kather, J., Alperin, N. (2021). Poor sleep is associated with small hippocampal subfields in cognitively normal elderly individuals. Journal of Sleep Research.

18. Ramos, A. Alperin, N. Sang, L. Gonzalez, K. Tarraf, W. **Hernandez-Cardenache, R.** (2021). Cognitive and neuroimaging correlates of the insomnia severity index in obstructive sleep apnea: A Pilot Study. Journal of Applied Sciences.

19. **Ramos, A., Hernandez-Cardenache, R., Alperin, N., Ramos, A**. (10/2020). Title of Study: *Obstructive sleep apnea correlates of cognitive function and MRI brain volumes.* Submitted for publication in Frontiers of Neurology, Sleep Disorder Section.

20. **Lie, C., Lee, S., Hernandez-Cardenache, R., Ramos, A., Loewenstein, D., Alperin, N.** (9/2020). Title of Study: *Effect of sleep quality on hippocampal subfields in cognitively normal elderly individuals.* Manuscript submitted for publication to the Sleep (Oxford University Press) and is currently under review.

21. Approved IRB Submission (8/2020): **Alperin N., Hernandez-Cardenache, R., Ramos, A.** Title of Study: *Lifestyle stressor of hippocampus and AD related brain regions: Potential for intervention.* IRB ID: 20201031. Funding: Florida Department of Health (Grant Office ID: AWD -006096/GR016096). Responsibilities of in the research involves Clinical interventions and/or therapy, Data collection and/or management, Data analysis and/or statistics, Participant Screening/Recruitment, Sub-investigator, Medical, social and/or behavioral assessment Interviews.

22. Interdisciplanary Grant Award from Jazz Pharmaceuticals. (2019) Ramos, A. (Neurology), Alperin, N. (Radiology), and **Hernandez Cardenache, R**. (Psychiatry). **Project was funded by Jazz Pharmaceuticals for $401, 360.88 for a two year duration on January 2019.** The study will begin on December 5, 2019. Currently temporarily suspended due to COVID-19 restrictions on recruitment and testing.

23. Interdisciplinary Institutional Grant Submission: 2018, *Sleep and MRI Markers of Brain Health*. Ramos, A. (Neurology), Alperin, N. (Radiology), and **Hernandez Cardenache, R**. (Psychiatry). **Project was funded by the Scientific Advisory Committee (SAR) for 45,000 for a one year duration on January 2018.** The study recently ended.

24. IRB Submission: Assessing Hot Cognition Related to Default Mode Network Activity. Chan, A., Harvey, P., and **Hernandez Cardenache, R.** (2019). A Novel neuropsychological battery investigating Self-Referential Processing, Prospection, Autobiographical Recall, and Social Cognition in Trauma-Exposed Victims with and without PTSD. **Project is funded by funded for 75, 000 for a one year duration.** The study has been finalized.

25. Garcia, P. Mendoza, L. **Hernandez-Cardenache,** R., Grieg-Custo, M. Barker, W., Loewenstein, D., Duara, R., Rodriguez, M.J.(2018) Association of Medial Temporal Atrophy and Amyloid Load on Cognitive Performance Among Hispanic and Whit non-Hispanic Older Adults. Poster presented at the 2018 National Academy of Neuropsychology Conference in New Orleans.

26. Kirmse, R., Machado-Denis, C., and **Hernandez-Cardenache, R.** (2016). *Prenatal Cocaine Exposure: Neuropsychological Dissociations and Deficits in a Longitudinal Case Study.* Poster presented at the 2016 Carlos Albizu University Research Conference.

27. Furtado, M.R.M., **Hernandez-Cardenache, R.,** Baquero, S.P. (2015) *A Review of Neuropsychological Measurement of Concussion in Soccer Headers* (May, 2015). Poster accepted for presentation at the 3rd Annual Sport Neuropsychology Concussion Symposium, Atlanta, GA.

28. Furtado, M.R.M., **Hernandez-Cardenache, R.,** Baquero, S.P. (2015) *Does Exercise Alleviate Symptoms of ADHD?* (July, 2015). Poster accepted for presentation at the 2015 Florida Psychological Association Summer Convention, Orlando, FL

29. Leal, G., **Hernandez Cardenache, R.** (2017). *Understanding the Role of Sleep in the Relationship between Atopic Dermatitis and Attention Deficit Hyperactivity Disorder,* Poster will be presented at National Neuropsychology Association, October of 2017.

30. Rodriguez, I. **Hernandez Cardenache, R.** (2017). *Is Attention-Deficit Hypertivity Disorder (ADHD) a Risk Factor for Dementia?* A Closer Look from a Neuropsychological Perspective. Presented at the National Neuropsychology Association, October of 2017.

**8/2018-6/2019 Committee Member for Doctoral Dissertation of CAU graduate doctoral student; Performance on the Rey Complex Figure Test Across Administration Methods of Adults with ADHD: A Pilot Study.** Project involves examining the clinical correlates of Adults ADHD subjects using the Rey-O Complex Figure Tasks by two different administration modes, Color and Process Approaches. Empirical research successfully defended in Doral, Florida on 11/19/2019.

| | |
|---|---|
| **8/2015-6/17** | **Chairperson for Doctoral Dissertation of CAU graduate student;** Project involves examining the clinical correlates of Executive Functioning in a sample of a neurologically impaired hispanic elderly. Project successfully defended and published at CAU. |
| **1/2015-4/16** | **Chairperson for Doctoral Dissertation of CAU graduate student;** Project involves a the examining the statistical relationships between Adult ADHD symptoms and exercise frequency.Project successfully defended and published at CAU. |
| **9/2013-6/15** | **Chairperson for Doctoral Dissertation of CAU graduate student;** Project involves a the development and editing of a chapter on the Psychopharmocology and neuropsychology of Fibromyalgia and other medically unexplained conditions. |
| **2012-current** | **Co-Director, APPCN Clinical Neuropsychology Fellowship Program.** University of Miami, Department of Psychiatry. Developed the Fellowship program, coordinated courses, and assembled the faculty. |
| **12/2016** | **Consultant/Reviewer** for Signant Health on NRM150187 Dementia Study on weekly basis. |
| **1/2015-1/2016** | **Consultant/Reviewer** for Clintara on Adult ADHD Research Study on weekly basis from April of 2015-current on the Sunovian ADHD, StudyProtocol SEP360-301 |
| **12/2016** | **Consultant/Reviewer** Journal of Nervous and Mental Disease. JNMD-15-0034. Poor performance in terms of fine motor activity among biological parents of children with ADHD. |
| **6/2013** | **University of Miam –IRB Brain Tumor Initiative:** Protocal ID 20120775, PI Ricardo, Komotar. |
| **4/2013** | **University of Miami-**IRB Psychosocial aspects in the treatment of depression in minority women. (A call for better allocation of health care resources). Protocol ID 20121085. |
| **6/2011** | **University of Miami-IRB Application in**: "Deep Brain Stimulation (DBS) Therapy for Obsessive-Compulsive Disorder (OCD) Humanitarian Device Exemption (HDE)." Principal Investigator: Clara Alvarez Villalba, M.D.; Co-Investigators: Bruno Gallo, M.D., Jonathan Jagid, M.D., Neelam Varshney, M.D, Rene Hernandez-Cardenache, Psy.D. |
| **6/10-6/2012** | **Research Associate/Faculty**<br>• Professional Examiner for a Clinical Trail Study looking at the efficacy of pharmacological treatments In Huntington's Disease Investigational Trial. Protocol DIM20. Funded by Medivation.<br>**University of Miami, School of Medicine** *Miami, Florida* |
| **4/10-2011** | **Committee Member of Doctoral Project,** Lizmar Burguera<br>• Pain Management Program for Treatment of Phantom Limb Pain<br>Carlos Albizu University *Miami, Florida* |
| **8/04-4/06** | **Doctoral Dissertation**<br>*Clinical Psychology Program, Pepperdine University* *Malibu, California* |

- Quantitative dissertation examining the statistical relationships between the Glasgow Coma Scale and the Functional Independence Measure in a sample of brain injured patients in a neurotrauma center and setting
- Emphasis was placed on the correlations between the two measures along with examining the relationships of demographic variables on the two factors
- Currently in the process of publishing this dissertation
- <u>Chairperson and Committee Members:</u> Cary Mitchell, Ph.D., Gisela Puentes, Psy.D., and Carolyn Keatinge, Ph.D.

**10/04-5/05**     **Doctoral Internship, Research Project**
*Ryder Trauma Center, /JMH/University of Miami-Miller School of Medicine*     *Miami, Florida*
- Designed and piloted a measure of trauma and somatic memory (T-SMI)
- Collected normative data to determine the psychometric properties
- Established the reliability and validity of the pilot measure in a sample of neurorehabilitation inpatients
- <u>Supervisors:</u> Gisela Puentes, Psy.D., Susan Ireland, Ph.D., and Stuart Gold, Ph.D.

**4/2004**     **Doctoral Research Project-UCLA David Geffen School of Medicine, NPI**
*9th Annual UCLA Research Conference on Aging,*     *Los Angeles, California*
- Presented Research Case Study of Acquired Mirror Writing after Traumatic Brain Injury
- Collected and analyzed study data
- Formulated neuroimaging, SPECT, neuropsychological, and proposed scientific explanations for the presence of the phenomenon after TBI
- Presented research at the conference & at Neuropsychology Case Conference
- <u>Supervisors:</u> Karen Miller, Ph.D., <u>Authors:</u> J. Shepard, Ph.D., B. Shih, Ph.D., S. Potkin, Ph.D.

**8/01-7/02**     **Research Associate; Neurology Assistant II; Successful Aging Program**
*Department of Neurology, Division of Neuropsychology*     *Irvine, California*
*University of California, Irvine/ School of Medicine*
- Neuropsychological assessment of Alzheimer's Disease patient in NIMH study
- Geropsychology Assistant at UCI's Brain Aging Institute with healthy aging controls
- Research examined resilience factors associated with Normal Aging
- Genetic, neuroimaging, neurological and course of AD were examined
- Generated standardized norms table for minority subjects, and descriptive statistics
- Training included, administration, scoring, interpretation, and writing
- <u>Supervisors:</u> Linda Nelson, Ph.D., ABPN, Vice-Chair of Neurology, Academic Affairs

**8/98-8/01**     **Research Associate, Family Alliance Project**
*Department of Psychiatry, Center for Family Studies*     *Miami, Florida*
*University of Miami, Miller School of Medicine*
- Interim Assessment Unit supervisor/Full time assessor
- Assessed substance abusing minority youth and families in NIMH study
- Recruited, assessed, and follow-up on over 80 families into the NIMH study
- Subjects were involved in a federally funded clinical trial study
- Trials involved Structured Family Therapy, Ecosystemic Therapy, and Control
- Batteries included interview, self-report, family video sample, and urinalysis
- <u>Supervisors:</u> Jose Szapocznik, Ph.D., Director of Center for Family Studies, and Mike Robbins, Ph.D., Research Professor of Psychiatry

**4/96-8/97**     **Research Associate, Psychosocial Factors of Bi-Polar Disorder Study**
*Department of Psychology*     *Coral Gables, Florida*
*University of Miami, College of Arts and Sciences*
- Assistant research the contributing stressors related to the onset and re-emergence of Bi-Polar Disorder episodes
- Subjects were recruited and tested in the South Florida community
- Assessed and recruited participants into the study
- Administered the Structured Clinical Interviews for Diagnosis Mental D/O (S.C.I.D.)
- <u>Supervisor:</u> Sherry Johnson, Ph.D., Chief Investigator, Professor of Clinical Psychology and Statistics

31. **Hospital Appointments**

| **2005** | **Adjunct Faculty Instructor, Doctoring Program** | |
|---|---|---|
| | *Department of Psychiatry, Division of Psychology* | *Miami, Florida* |
| | *University of Miami-Miller School of Medicine/JMH* | |

- Responsible for teaching doctoring courses to graduate medical students of various training levels
- Primary focus of appointment involved training students on clinical interviewing skills, and assessment
- Facilitating group communication skills and improving bedside manner
- Supervisors: Eddie Roca, Ph.D., Training Director

32. **Non-Academic - Professional Clinical Consultation Experience:**

**7/04-08**      **Consultations/Liason-UM/JMMC, ICU-Neurosurgical Service.**     *Miami, Florida*
- Initial Neuropsychological assessment
- Glasgow Coma Scale (GCS) Ratings & monitoring
- Ranchos Los Amigos Cognitive levels
- Rendering diagnostic, treatment, and dispositional recommendations with Traumatic Brain Injured inpatients
- **Supervisor:** Stuart Gold, Ph.D., Psy.D., Attending Neuropsychologist

**7/04-08**      **Consultations/Liason-UM/JMMC, General Neurology Service.**     *Miami, Florida*
- Acute Neuropsychological assessment with formal written reports
- Competency Evaluations
- Neurobehavioral treatment & recommendations
- Ranchos Los Amigos Cognitive levels
- Rendering diagnostic, treatment, and dispositional recommendations with diverse neurological patient populations
- Providing Cognitive Retraining
- **Supervisor:** Stuart Gold, Ph.D., Psy.D., Attending Neuropsychologist

**7/04-08**      **Consultations/Liason-UM/JMMC, Acute Trauma Service (II-IV).**     *Miami, Florida*
- Acute Neuropsychological assessment and Consultations
- Competency Evaluations
- Neurobehavioral treatment & recommendations
- Ranchos Los Amigos Cognitive levels
- Rendering diagnostic, treatment, and dispositional recommendations with diverse neurological patient populations including AD, TBI, Hypoxia, severe emotional dysfunction
- **Supervisor:** Gisela Puentes, Psy.D., Director of Neuropsychology

**7/04-08**      **Consultations/Liason-UM/JMMC, Inpatient Psychiatry Service.**     *Miami, Florida*
- Psychological assessment with formal written reports
- Competency Evaluations, Intelligence, and Psychodiagnostic referrals
- Neurobehavioral treatment & recommendations
- Rendering diagnostic, treatment, and dispositional recommendations with diverse neurological patient populations
- **Supervisor:** Gisela Puentes, Psy.D., Director of Neuropsychology

**7/03-6/04**     **Dyad Consultations-UCLA/NPI, Neurology Service.**     *Los Angeles, California*
- Assisted with Acute Neuropsychological assessment & formal written reports
- Neurobehavioral treatment & recommendations
- Rendering diagnostic, treatment, and dispositional recommendations with diverse neurological patient populations
- **Supervisor:** Holly Hedge-Booth, Ph.D.

**7/03-6/04**     **Dyad Consultations-UCLA/NPI, Psychiatry Service.**     *Los Angeles,California*
- Acute Neuropsychological assessment with formal written reports
- Neurobehavioral treatment & recommendations
- Rendering diagnostic, treatment, and dispositional recommendations with diverse psychiatric patient populations

- **Supervisors:** Holly Hedge-Booth, Ph.D., Robert Bilder, Ph.D., Director MPAC

33. **Military Experience:** None

**IV PUBLICATIONS**

34. **Books and monographs published:**

    **Cardenache, R. (2001). Falling Leaves.** The International Library of Poetry. Owing Mills, MD.

    **Cruces, S. & Cardenache, R. (1997).** The Dark Oppressive Clamor of A Mind Made Mad. Saequa Publications. Miami, Fl.

    **Hernandez Cardenache, R. (2010).** The Relationships in Severity of Injury and Traumatic Brain Injury. Lambert Academic Publishing, Koln, Germany.

35. **Juried or referred journal articles or exhibitions:**

    **Hernandez-Cardenache, Ramos, A. (2018).** Journal Club at McKnight Brain Institute, Department of Neurology. Obstructive Sleep Apnea, Brain Functioning, and Cognition. Miller School of Medicine, University of Miami.

    **Puentes, G., Hernandez-Cardenache, R., Mitchell, C., & Keatinge, (2009).** The Relationship Between the Glasgow Coma Scale and Functional Independence Measures in a Sample of Traumatic Brain Injured Patients in a Neurorehabilitation Setting. 1st Annual Psychiatry Research, Miller School of Medicine, University of Miami. Clinical Research Building. 7/2009.

    **Hernandez-Cardenache, R. (2007).** Post-Doctoral Fellowship Meetings. The Physics, Neurobiology, and Cognitive Sequelae of Traumatic Brain Injury. Jackson Memorial Medical Center. Miller School of Medicine. Miami, Florida.

    **Hernandez-Cardenache, R. (2007).** Foundations of Comprehensive Neuropsychological Testing, Two-Part Series. Jackson Memorial Medical Center. Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Hernandez-Cardenache, R. (2007).** Physiatry and Rehabilitation Grand Rounds. Neurobehavioral Substrates of Traumatic Brain Injury, Two-Part Series. Jackson Memorial Medical Center. Department of Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Artega-Cepees, M., S., Carillo, E., Hernandez-Cardenache, R., Server, (2007).** Full-Day Stroke Education Seminar. Principles of Neuropsychological Assessment and Cerebral Vascular Disease: A Closer Look at Recovery. Diagnostic Treatment Center, Jackson Memorial Medical Center. Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Hernandez-Cardenache, R. (2007).** Neuropsychology Rounds. Neurobehavioral Sequelae and Traumatic Brain Injury Patients. Jackson Memorial Medical Center. Department of Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Server, S., & Carillo, S, Hernandez-Cardenache, R.,. (2007).** Full-Day Stroke Education Seminar. Stroke, Neuropsychology, and Cognitive Retraining. Diagnostic Treatment Center, Jackson Memorial Medical Center. Broadcasted via Internet to Jackson Health System community satellites. Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Hernandez-Cardenache, R. (2007).** Full-Day Stroke Education Seminar. Neuropsychological Assessment and Cerebral Vascular Accident. Diagnostic Treatment Center, Jackson Memorial Medical Center. Broadcasted via Internet to JMH Community Satellites. Physiatry and Rehabilitation Medicine. Miami, Florida.

    **Hernandez-Cardenache, R., Roca, E. (2007).** Cross-Discipline Psychiatry Training. Psychological and Neuropsychological Assessment. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Psychiatry/Division of Neuropsychology. Miami, Florida.

**Hernandez-Cardenache, R. (2007).** Family Medicine Grand Rounds: Neuroimaging, AD, Dementia, and Neuropsychological Testing. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Family Medicine, Miami, Florida.

**Hernandez-Cardenache, R. (2006).** Post-Doctoral Fellowship Rounds: Alzheimer's Disease and Neuropsychology. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Psychiatry/Division of Neuropsychology. Miami, Florida.

**Hernandez-Cardenache, R. (2007).** Neuropsychology Rounds. A Case of Multiple Sclerosis and Malingering Patterns. Jackson Memorial Medical Center. Department of Physiatry and Rehabilitation Medicine. Miami, Florida.

**Hernandez-Cardenache, R. (2006).** Post-Doctoral Fellowship Rounds: Capacity Evaluations in Medical and Neurorehabilitation Settings. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Psychiatry/Division of Neuropsychology. Miami, Florida.

**Hernandez-Cardenache, R. (2006).** Post-Doctoral Fellowship Rounds: Cognitive Therapy and TBI. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Psychiatry/Division of Neuropsychology. Miami, Florida.

**Hernandez-Cardenache, R. (2005).** Psychology Rounds: Alzheimer's, Neuroimaging and Neuropsychology. University of Miami, Jackson Memorial Medical Center. Department of Psychiatry/Division of Neuropsychology. Miami, Florida.

**Hernandez-Cardenache, R. (2005).** Case Conference: A study of "Harry the Stoic": Acase study of Hypoxia, Substance Abuse, and Schizoid Personality Disorder. University of Miami, Miller School of Medicine, Jackson Memorial Medical Center. Department of Psychiatry and Behavioral Sciences. Miami, Florida.

**Hernandez-Cardenache, R. (2004).** Case Conference: The Case of DJ: A Look at Severe Traumatic Brain Injury and the Development of Wernicke's Aphasia. University of Miami, Jackson Memorial Medical Center. Department of Psychiatry and Behavioral Sciences. Miami, Fl.

**J. Shephard, R. Hernandez, B. Shih, S. Potkin. (2004).** 9th Annual UCLA Research Conference on Aging: Case Study of Acquired Mirror Writing After Mild Traumatic Brain Injury. University of California, Irvine Medical Center, Neuropsychiatric Center, Orange CA 92868. University of California, Los Angeles, Neuropsychiatric Institute, Los Angeles, CA 90095.

36. **Other works, publications and abstracts:**

Neuropsychology of the Unconscious: Integrating Brain and Mind Into Psychotherapy. Efrat, Ginot, PhD. (2015). New York: W.W. Norton & Company. 336 pp. Journal of Nervous Disease and Mental Disease, November Editiion. **Reviewed by Rene Hernandez Cardenache, Psy.D., and Arlene Raffo, Psy.D.**

How Master Therapists Work. Len Sperry, M.D., Ph.D., ABPP, Jon Carlson, Psy.D., Ed.D., ABPP. (2014) New York: Routledge, Taylor & Francis. 202pp. Journal of Nervous and Mental Disease, November Edition. **Reviewed by Rene Hernandez Cardenache, Psy.D.**

**HORIZON Investigators of the Huntington Study Group and European Huntington's Disease Network (2013).** A Randomized, Double-blind, Placebo-Controlled Study of Latrepirdine in Patients with Mild to Moderate Huntongton Disease. *JAMA Neurol.* 70(1):25-33.

37. **Other works accepted for publication:**

**Hernandez-Cardenache, R. (2018)** A Focus on distraction: A closer look at adult ADHD. Published in the July 2, 2018 edition of the Miami Herald. Health and Fitness Section and online version of Miami Herald.

**Hernandez Cardenache, R**. & Baquero, S.B. (2016) Neuropsychology and Anti-Epileptic Medications. Springer Publishing Company. (Accepted for Publication).

**Hernandez Cardenache, R**. & Johnson-Green, D. (2013). Rehabilitation in Stroke. In C.A. Noggle & R.S. Dean with M.T. Barisa (Eds.). Neuropsychological Rehabilitation. New York: Springer Publishing Company.

**Hernandez Cardenache, R**., Curiel, R.E., Raffo, A., Kitaigorodsky, M., and Burguera L. **(2015).** Current Trends in Neuropsychological Assessment with Hispanics. In F.R. Ferraro (Ed.). Minority and Cross-Cultural Aspects of Neuropsychological Assessment. New York: Taylor and Francis.

Curiel, R.E., **Hernandez Cardenache, R**., Giraldo, N., Rosado, M., Restrepo, L., Raffo, A., and Lavado, M. **(2015).** A Compendium of Neuropsychological Measures for Hispanics in the United States. In F.R. Ferraro (Ed.). Minority and Cross-Cultural Aspects of Neuropsychological Assessment. New York: Taylor and Francis.

**Hernandez Cardenache, R**., Burguera L., Acevedo, A., Curiel, R.E., and Loewenstein, D. (2013). The Utility of Prospective Memory in the Assessment of Amnestic and Non-Amnestic Mild Cognitive Impairment (MCI). ISRN Journal of Neurology. Supported by NIA Grant 1R01AG020094-05.

## V PROFESSIONAL

38. **Funded Reseach Performed:**
39. Interdisciplinary Institutional Grant Submission: 2018, Sleep and MRI Markers of Brain Health. Ramos, A. (Neurology), Alperin, N. (Radiology), and **Hernandez Cardenache, R**. (Psychiatry). **Project was funded by the Scientific Advisory Committee (SAR) for 45,000 for a one year duration on January 2018.** The study is in progress.

40. IRB Submission: Assessing Hot Cognition Related to Default Mode Network Activity. Chan, A., Harvey, P., and **Hernandez Cardenache, R.** (2018). A Novel neuropsychological battery investigating Self-Referential Processing, Prospection, Autobiographical Recall, and Social Cognition in Trauma-Exposed Victims with and without PTSD. **Project is funded by funded for 75, 000 for a one year duration.**

41. **Editorial Responsibilities:** See other publications section.

42. **Professional And Honorary Organizations:**
    - **2013-14** International Neuropsychology Society
    - **2010-12,** Hispanic Neuropsychology Society
    - **2007**, Professional Vendor, Florida Brain and Spinal Cord Program
    - **2007**, Florida Board of Professional Psychology, DOH
    - **2006**, Psy Chi Honor Society, Pepperdine University, LA Chapter
    - **04-08**, American Psychological Association, Div. 40, Neuropsychology
    - **98-01**, 04-08, University of Miami, School of Medicine, Dept. of Psychiatry

43. **Honors and Awards:**
    - **2018**, Awards Rene Hernandez-Cardenache, Psy.D. the "Long Service Award" for commitment to UM Medical School and Department of Psychiatry"
    - **06-08, "**Outstanding Leadership Award" as UM, Chief Post-Doctoral Fellow
    - **06-08**, Appointed Chief, Post-Doctoral Fellowship Class, Neuropsychology
    - **2006**, Academic Honors, Pepperdine University, Doctoral of Clinical Psychology Degree
    - **2004**, Graduate of UCLA Semel, Neuropsychiatric, Neuropsychology Externship Program
    - **2003**, Graduate of UC, Irvine, Neuropsychiatric, Neuropsychology Externship Program
    - **2003**, Passed Doctoral Level Comprehensive Examination: Pepperdine Uni.
    - **2001**, Passed Master-Level Comprehensive Exam with Honors Distinction, University of Miami
    - **2001**, Honors recipient of Masters of Science, University of Miami
    - **1992**, Dade-County Certificate of Appreciation for community service after the Hurricane Andrew disaster
    - **1992**, Governor's Office, State of Florida-Award for selfless dedication to relief effort in South Florida after the Hurricane Calamity rrv@citrushealth.com

44. **Post-Doctoral Fellowships:**

**4/06-4/08**   **Chief, Post-Doctoral Fellowship, Two-Year APPIC Residency,**
   **Adult-Clinical Neuropsychology Program**
   *Ryder Trauma Center, Division of Neurotrauma*                                               *Miami, Florida*
   *University of Miami-School of Medicine/JMH*

- Liason between faculty, director of fellowship, and fellows
- Neuropsychological assessment and psychotherapeutic treatment of acute neurosurgical and brain-injured inpatients and outpatients
- Facilitate psychoeducation and process-based groups to neurologically impaired patients, families, and affected members of the community
- Supervise doctoral level neuropsychology interns, and externs
- Collect data and conduct-data analysis on multiple research studies & grants
- Assist in writing for professional poster exhibits and publications
- Attended Neurology, Psychiatry, Neuropsychology, and Neuropathology Rounds
- Formal presentations on TBI, Stroke, Alzheimer's and Capacity Evaluations
- Professional Consultations across the Jackson Memorial Medical Center
- <u>Supervisors:</u> Gisela Puentes, Psy.D., Susan Ireland, Ph.D., Stuart Gold, Ph.D.

**7/04-7/05**     **Doctoral Internship, APA-Division 40, Bilingual Neuropsychology Program**
*Department of Psychiatry, Division of Psychology*     *Miami, Florida*
*University of Miami-School of Medicine/JMH*
- Neuropsychological assessment and psychotherapeutic treatment of acute neurosurgical and brain-injured inpatients and outpatients
- Facilitate psychoeducation and process-based groups to neurologically impaired patients, families, and affected members of the community
- Supervised pre-doctoral level neuropsychology externs
- Presented at Psychology, Ethics, and Neuropsychology Grand Rounds
- Involved in ongoing research projects at the Ryder Trauma center
- Weekly brain cuttings, Neurology, Psychiatry, and Psychology Rounds
- Attended Psychopharmacology, Ethics, and Case Conferences
- Tested and treated patients in English and Spanish languages
- Professional Consultations across the Jackson Memorial Medical Center
- <u>Supervisors:</u> Gisela Puentes, Psy.D., Susan Ireland, Ph.D., Stuart Gold, Ph.D.

**7/03-6/04**     **Doctoral Practicum, APA, Neuropsychology Externship Program**
*Department of Psychiatry, Division of Medical Psychology*     *Los Angeles, California*
*University of California, Los Angeles/David Geffen School of Medicine*
- Neuropsychological assessment of acute neurosurgical and brain-injured inpatients and outpatients at UCLA's Medical Assessment Center
- Attended weekly didactic training from the APA/Post-Doctoral Residency Program
- Attended weekly functional adult neuroanatomy, pediatric neuro-lecture series
- Advanced Geropsychology Rotations at UCLA's Alzheimer's Institute
- Presented research poster at UCLA's Memory and Aging Conference
- Attended UCLA's Neuropsychiatric Institute, Weekly Grand Rounds
- Presented at Neuropsychology Case Conference held weekly on specialized topics
- Co-facilitated consultations throughout UCLA's Neuropsychiatric Institute
- <u>Supervisors:</u> Karen Miller, Ph.D, Robert Bilder, Ph.D., and Gary Small, M.D.
- 

**7/03-6/04**     **Doctoral Practicum, Pediatric Externship Program**
*El Rincon Elementary School*     *Culver City, California*
*Counseling Department-Center for Family Enrichment*
- Completed the pediatric psychology training at a culturally diverse school
- Evaluated and treated minors (6-12) for various clinical conditions
- Employed non-directive play & behavioral therapeutic interventions
- Provided family counseling to children and families
- Consulted with teachers, administrators, and families to improve behavior
- Facilitated pediatric groups to reduce maladaptive behaviors in school and home
- Lead psychoeducational seminars with students to reduce and manage anger
- <u>Supervisors:</u> Bridget Mitchell, L.C.S.W., and Aaron Aviera, Ph.D., Pepperdine Univ.

**8/02-7/03**     **Doctoral Practicum, APA, Neuropsychology Externship Program**
*Department of Neurology, Division of Neuropsychology*     *Irvine, California*
*University of California, Irvine/ School of Medicine*
- Neuropsychological assessment of brain-injured outpatients at UCI's Med. Center

- Geropsychology Rotations at UCI's Brain Aging Institute with healthy aging controls
- Weekly testing patients suffering from Alzheimer's Disease in NIMH study
- Research examined resilience factors associated with Normal Aging
- Training included, administration, scoring, interpretation, and writing
- <u>Supervisors:</u> Linda Nelson, Ph.D., ABPN, Vice-Chair of Neurology, Academic Affairs

**9/01-8/02**      **Doctoral Practicum, Pepperdine University Externship Program**
*Union Rescue Mission, Pepperdine Mental Health Clinic*      *Los Angeles, California*
*Pepperdine University, School of Education and Psychology*
- Completed diagnostic formulations, testing, and crisis intervention counseling
- Clinically assessed and treated patients with a full-range of mental health issues
- Conducted individual and group therapy with dual diagnosis patients
- Employed ongoing psychological testing to patients enrolled in the program
- Supervision was provided two times per week in dyad and group modalities
- <u>Supervisors:</u> Aaron Aviera, Ph.D, Director, Stephen Strack, Ph.D., LA-VA Hospital

**8/00-7/01**      **Master-Level Practicum, University of Miami Practicum Program**
*Institute for Individual & Family Counseling*      *Coral Gables, Florida*
*University of Miami, School of Education and Psychology*
- Provided assessment and counseling to patients presenting to the clinic
- Conducted individual, couples, & family therapy to patients with diverse issues
- Provided general psychological testing to patients presenting to the clinic
- Worked closely with culturally diverse clinical populations
- Supervision was provided weekly by respective supervisors
- <u>Supervisors:</u> Robert McMahon, Ph.D., Peggy Rios, Ph.D. , Director of Clinic

**8/00-7/01**      **Master-Level Practicum, University of Miami Practicum Program**
*Juvenile Gun Offender Program*      *Coral Gables, Florida*
*University of Miami, Department of Child & Adolescent Psychiatry*
- Provided screenings and supportive counseling to adolescents in the program
- Conducted psychosocial evaluations, and administered behavioral measures
- Provided group therapy with adolescents with anger, and impulse control issues
- Worked closely with adolescents from culturally diverse clinical populations
- Weekly supervision was provided individually
- <u>Supervisors: Barry Neirenburg, Ph.D.,</u> Lydia Kalsner, Ed.D., Director of Program

**1/98-3/98**      **State of Florida Forensic Internship, Florida International University**
*Professional Development Center*      *Miami, Florida*
*State of Florida Training, Affiliated with F.I.U., Bachelor Level Training*
- Attended a 3-month, full-time training program as a Child Protective Investigator
- Daily coursework involved understanding forensic & court processes
- Training covered interviewing, case planning, and legal protective investigations
- Weekly seminars on neglect, abuse, and abandonment were provided
- Weekly presentations on Domestic Violence and Substance Abuse were given
- <u>Official state certification</u> was awarded upon the completion of the training

45. **Other Professional Activities:**

<u>VI TEACHING</u>

46. **Teaching Awards Received:**

47. **Teaching Specialization:**

48. **Presented 2-Hour Lecture on Obstructive Sleep Apnea, Cognition, and Brain Functioning** at University of Miami, McKnight Brain Institute over the Summer of 2017

    **Course Director,** Principles of Termination Therapy: PGY-IV Psychiatry Class, July-August 2015-2019

**Supervisor,** Director of the Neuropsychology Rotation for PGY-IV Prerequisite for Psychological Testing, 2015-2019.

**Faculty Interviewer** for Yearly Psychiatry Residency Candidates, 2016-2019.

**Director of Post-Doctoral, Neuropsychology Lecture Series** 8/2015-10/2015 and 2018 for PGY-IV Residents

Course Director, Principles of Termination Therapy: PGY-IV Psychiatry Class, July-August 2014

**Director of Post-Doctoral, Neuropsychology Lecture Series** 8/2013-10/2013 for PGY-IV Residents

**Faculty Sponsor and Supervisor** and Neuropsychology Externship Program 8/2010-present

Course: Taught lecture series on **Clinical Traumtic Brain Injury and Cerebral Vascular Accidents in Neuropsychology** (2013-2013) for Neuropsychology Fellowship Program

Course: Director of **"Principles of Neuropsychology".** Taught entire lecture series. 4 lectures. 8-9/2012. 2nd Year Psychiatry Residency Class

Lecture: **Basics of Personality Disorders.** 5/2012 with PGY IVs.

Lecture: **Treatment and Diagnosis of Impuse Control Disorders.** 5/2011. 3rd Year Psychiatry Residency Class.

Lecture: Prite **Preperation of Neuropsychological and Psychological Testing Module.** 5/2009. 3rd Psychiatry Residency Class

Course: **Principles of Yalom Therapy in Psychiatric Practice.** 3rd Year Psychiatry Residency Class. 8/7/2009-9/5/2009.

Course: **Foundations of Termination in Psychotherapy.** 4th Year Psychiatry Residency Class. **8/6/2008-9/10/2008.**

Lecture: **Psychological and Neuropsychological Testing with Psychiatric Populations.** 3rd Year Psychiatry Residency Class. **9/17/2008.**

Lecture: **Key Tenets of the Professional Psychology Practic Licensing Exam: Strategies to Consider Closely.** Psychology Post-Doctoral Fellowship Class. **9/17/08.**

Course: **Brain and Behavior. 2008 Neuroscience Lecture Series.** 2nd Year Psychiatry Residency Class. **9/24/2008-10/15/2008.**

Course: **Neurobehavioral Sequelae of Traumatic Brain Injury.** 3rd Year Medical School Class. **11/2008.**

Course: **Neuropsychological Impact of Traumatic Brain Injury.** 2nd Year Medical School Class. **1/2009.**

49. **Thesis and Dissertation Advising/Post-doctoral student supervision: See Academic and Research Activities.**

## VII SERVICE

50. **University Committee and Administrative Responsibilities:**

- 2013-15, Volutered as Mediator for Faculty Senate Office, University of Miami
- 2013-14, Committee member on Women and Minority Affairs
- 2013, Interviewed all NP Fellowship Candidates in Wakoila, Hawaii

### 32. Community Activities:
- Active in "Lady of Lakes Church" and "United Way"

- 2013-16, Advisory Committee Member, NIDRR FI Developmental Grant submittal "The Development of a Virtual Reality Program (VRP) to Improve Executive Functioning in Individuals with Traumatic Brain Injury"

- 2013-16, Collaboration and consultation, NIDRR FI Grant: "Improving New Learning in Hispanics with TBI through Culturally-Tailored Cognitive Rehabilitation: A Clinical Trail"