UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER<br><br>Defendant. | Case No. 1:25-CR-00109-RDA |

### UNOPPOSED MOTION TO AMEND SENTENCING ORDER

Defendant, Dale Britt Bendler, respectfully moves this Honorable Court to amend its Sentencing Order (Doc. 42).

(1) On November 20, 2025, this Court sentenced Dale Bendler to serve 12 months and 1 day incarceration.

(2) At the sentencing hearing, counsel for Defendant requested that Mr. Bendler be designated to the Miami Federal Correctional Institute's satellite camp, which was approved by the Court. The prosecution did not object to this recommendation.

(3) The satellite camp is a minimum-security facility and is appropriate for a defendant, such as Mr. Bendler, who poses no security risk and will turn 70-years old during his incarceration.

(4) The final sentencing order indicated that it was the recommendation of the Court that Mr. Bendler "be designated to the facility in Miami, Florida," but did not identify a specific facility.

1

(5) As a result, the Bureau of Prisons has designated Mr. Bendler to the Miami Federal Detention Center, which is an administrative-security federal prison that mainly houses inmates awaiting trial or sentencing and is generally for higher-risk defendants. This arrangement would be detrimental to Mr. Bendler and is unwarranted given his age, health, and the fact that he poses no security risk.

(6) To the extent Mr. Bendler cannot be designated to the Miami Federal Correctional Institute's satellite camp, it would be appropriate to designate Mr. Bendler to a similar minimum-security camp.

(7) Undersigned counsel has met and conferred with the United States, which is not in opposition to this motion.

WHEREFORE, Mr. Bendler respectfully requests that this Court enter the proposed Order which makes clear that it was the intention of the Court to recommend Mr. Bendler to the Federal Correctional Institute's satellite camp in Miami, Florida.

Dated: December 23, 2025

Dale Britt Bendler
By Counsel

BINNALL LAW GROUP, PLLC

*/s/     Gerald A. Urbanek, Jr.*
Gerald Urbanek VSB No. 95043
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

jared@binnall.com
gerald@binnal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>/s/    Gerald A. Urbanek, Jr.</u>
Gerald A. Urbanek, Jr.
