UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER<br><br>Defendant. | Case No. 1:25-CR-00109-RDA |

# EMERGENCY MOTION TO DELAY DATE OF SURRENDER

Defendant, Dale Britt Bendler, respectfully moves this Honorable Court to delay Mr. Bendler's date of surrender to his designated facility.

(1) On November 20, 2025, this Court sentenced Mr. Bendler to serve 12 months and 1 day incarceration and ordered Mr. Bendler to surrender to his designated facility by 2 p.m. on January 5, 2026 (Doc. 44).

(2) At the sentencing hearing, counsel for Defendant requested that Mr. Bendler be designated to the Miami Federal Correctional Institute's satellite camp, which was approved by the Court. The prosecution did not object to this recommendation.

(3) The satellite camp is a minimum-security facility and is appropriate for a defendant, such as Mr. Bendler, who poses no security risk and will turn 70-years old during his incarceration.

1

(4) On December 19, 2025, the Federal Bureau of Prisons ("BOP") designated Mr. Bendler to the Miami Federal Detention Center ("FDC Miami") and instructed Mr. Bendler to surrender himself by 12 p.m. on January 5, 2026.

(5) FDC Miami is an administrative-security federal prison that mainly houses inmates awaiting trial or sentencing and is generally for higher-risk defendants. This arrangement would be detrimental to Mr. Bendler and is unwarranted given his age, health, and the fact that he poses no security risk.

(6) Most concerning, it is the understanding of undersigned counsel that a significant portion of FDC Miami's population are defendants accused of narcotics offenses and hail from South American countries. Considering Mr. Bendler's career in the CIA, his prior work in the region, and the ongoing conflict between the United States and certain South American countries, his designation to FDC Miami exposes him to the real possibility of grave physical harm.

(7) It is the understanding of undersigned counsel that Mr. Bendler's probation officer has expressed similar concerns related to Mr. Bendler's placement at FDC Miami.

(8) Undersigned counsel has attempted to contact BOP on numerous occasions since Mr. Bendler's initial placement, including numerous attempts to contact the Bureau's South-Central Regional Office and the Bureau's Washington D.C. office, but has yet to receive a response.

(9) Mr. Bendler is ready and willing to surrender promptly but is concerned about his safety in the assigned facility, which appears to be in error (Doc. 46).

(10) Undersigned counsel has met and conferred with the United States regarding the subject of this motion.

WHEREFORE, Mr. Bendler respectfully moves this Court to enter the proposed Order which modifies Mr. Bendler's date of surrender to January 31, 2026, at 12 p.m., or until such time as the Federal Bureau of Prisons confirms Mr. Bendler's designated facility and provides a new date of surrender.

Dated: January 2, 2026

Dale Britt Bendler
By Counsel

BINNALL LAW GROUP, PLLC

*/s/    Gerald A. Urbanek, Jr.*
Gerald Urbanek VSB No. 95043
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
         jared@binnall.com
         gerald@binnal.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                               */s/     Gerald A. Urbanek, Jr.*
                                                               Gerald A. Urbanek, Jr.