UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE BRITT BENDLER<br><br>Defendant. | Case No. 1:25-CR-00109-RDA |

## NOTICE OF WITHDRAWAL OF MOTIONS

Defendant, Dale Britt Bendler, respectfully files this Notice of Withdrawal of Motions as to his Motion to Amend Sentencing Order and his Emergency Motion to Delay Date of Surrender as those motions are now moot.

(1) On December 23, 2025, Mr. Bendler filed his Motion to Amend Sentencing Order (Doc 46).

(2) On January 2, 2026, Mr. Bendler filed his Emergency Motion to Delay Date of Surrender (Doc 47).

(3) On or about January 5, 2026, the Federal Bureau of Prisons corrected Mr. Bendler's designation and has placed him in the appropriate facility.

(4) Wherefore, in consideration of the foregoing, the aforementioned motions are now moot and are hereby withdrawn.

Dated: January 5, 2026

Dale Britt Bendler
By Counsel

BINNALL LAW GROUP, PLLC

*/s/     Gerald A. Urbanek, Jr.*
Gerald Urbanek VSB No. 95043
Jesse R. Binnall, VSB No. 79292
Jared J. Roberts, VSB No. 97192
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
       jared@binnall.com
       gerald@binnal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

>                                          /s/    Gerald A. Urbanek, Jr.
>                                          Gerald A. Urbanek, Jr.